■ THERESA A. PORDUM, Appellant, v FRANCIS J. PORDUM, Respondent. THERESA A. PORDUM, Appellant, v SIEGEL, KELLEHER & KAHN, Respondent. (Appeal No. 1.) [670 NYS2d 163] —Order unanimously affirmed without costs. Memorandum: In this divorce action, Supreme Court did not abuse its discretion in directing plaintiff to pay attorneys' fees in the amount of $18,469.10 to her former attorney. Plaintiff's former attorney established his entitlement to those fees at a hearing, and plaintiff did not contend that they were unreasonable. We reject the contention of plaintiff that a previous award of attorneys' fees pendente lite limits her former attorney's ability to recover fees due from her (*see, Bisca v Bisca*, 108 AD2d 773, 775, *appeal dismissed* 66 NY2d 741). We have examined plaintiff's remaining contention and conclude that it is without merit. (Appeal from Order of Supreme Court, Erie County, Mattina, J.—Counsel Fees.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ THERESA A. PORDUM, Appellant, v FRANCIS J. PORDUM, Respondent. THERESA A. PORDUM, Appellant, v SIEGEL, KELLEHER & KAHN, Respondent. (Appeal No. 2.) [670 NYS2d 651] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memoran-

dum: Supreme Court erred in directing plaintiff to pay defendant $17,189.45, the amount allegedly owed by plaintiff on the distributive award, without conducting a hearing. We therefore modify the order by vacating the award of $17,189.45 and remit this matter to Supreme Court for that purpose. We have examined the remaining contention of plaintiff and conclude that it is without merit. (Appeal from Order of Supreme Court, Erie County, Mattina, J.—Distributive Award.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.